IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NGOMANI DEKATTU,           )
                           )
     Petitioner,           )
                           )
  v.                       )     3:22-cv-00350
                           )
GARY MCFADDEN,             )
                           )
     Respondent.           )
_____)

**JUDGMENT**

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that Dekattu's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITHOUT PREJUDICE to his ability to file a motion under 28 U.S.C. § 2255, should he choose to do so.

                              /s/   Thomas D. Schroeder
                              United States District Judge

November 17, 2022